IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL NO. 5:04CV185
(5:02CR43)

| | | |
|---|---|---|
| DAVID EZEL SIMPSON | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | **O R D E R** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Petitioner's motion for summary judgment filed November 3, 2005.

A Memorandum and Order denying the Petitioner's motion to vacate, set aside, or correct judgment pursuant to 28 U.S.C. § 2255 was filed on July 19, 2005, and a Judgment was issued the same date dismissing the action. *See* **Memorandum and Order, filed July 19, 2005; Judgment, filed July 19, 2005.** Therefore, the Petitioner's motion for summary judgment is moot.

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion for summary judgment is **DENIED** as moot.

**Signed: November 8, 2005**

Lacy H. Thornburg
United States District Judge